# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00225-CV

**In re Arthur Y. Pena**

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Arthur Y. Pena filed a petition for writ of mandamus, complaining that the trial court had not acted on his motion for DNA testing. *See* Tex. R. App. P. 52; *see also* Tex. Code Crim. Proc. arts. 64.01-.05. Since he filed his petition, the trial court ordered a response from the State, the State responded in opposition of Pena's motion, and the trial court denied Pena's request. Pena has received an answer to his motion and his petition is thus moot. We deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   July 11, 2014